IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:25-cr-00002 |
| | ) | |
| [1] BERNIE MILTON JETT | ) | Judge Newbern |
| [2] IRIS REBECCA JETT | ) | |

## ORDER TO UNSEAL INDICTMENT

The Court is in receipt of a Motion by the United States requesting that the Indictment be unsealed now that the Defendant Iris Rebecca Jett has been arrested.

For the cause stated in the Government's Motion, the Motion is GRANTED. The Indictment (including the Government's Motion and this Order) shall be unsealed.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge